UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 0:22-cv-61548-RKA

BROWARD SHIPYARD, INC.

    Plaintiff,

vs.

M/Y *SMILING DOG,* a 1991 105-foot
Chediek motor yacht registered in the
Cayman Islands as Official Number 748072,
its engines, tackle, furniture, furnishings, and
appurtenances*,* including a 17-foot Boston Whaler
tender, *in rem*; and SMILING DOG, LTD.,
a Cayman Islands company, i*n personam*

    Defendants.
_____/

## MOTION FOR ISSUANCE OF ORDER DIRECTING THE CLERK OF COURT TO ISSUE A WARRANT OF ARREST *IN REM*

Pursuant to Supplemental Admiralty Rule C(3)(a)(i) and Local Admiralty Rule C, Plaintiff, Broward Shipyard, Inc., moves the Court for an Order directing the Clerk to issue a Warrant of Arrest i*n rem* for the M/Y *Smiling Dog* and states:

1. Broward Shipyard, Inc. filed a Verified Complaint [ECF No. 1] against M/Y *Smiling Dog*, a 1991 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender (hereinafter "Vessel"), which is currently at Broward Shipyard, Inc.'s facility in Broward County and within

the territorial jurisdiction of the U.S. District Court for the Southern District of Florida.

2. Broward Shipyard, Inc. has a preferred maritime lien for *necessaries* against the Vessel and seeks to foreclose its lien pursuant to federal statute and general maritime law. See the Verified Complaint [ECF No. 1].

3. Broward Shipyard, Inc. has contemporaneously filed the other motions and documents with the Court that are necessary for effecting the Vessel's arrest.

4. Broward Shipyard, Inc. must serve a Warrant of Arrest *In Rem* on the Vessel to effect service of process on the *in rem* Defendant for the statutory maritime lien foreclosure action.

5. A proposed Order Directing the Clerk to Issue the Warrant of Arrest *In Rem* and a proposed Warrant of Arrest *in rem* are attached hereto as Exhibits "1" and "2" respectively.

WHEREFORE, Plaintiff, Broward Shipyard, Inc., moves the Court to issue an Order directing the Clerk to issue a Warrant of Arrest *In Rem,* and direct the U.S. Marshal to serve the Warrant on the Vessel.

Dated:   August 22, 2022.

    Respectfully submitted,

    STROUP & MARTIN, P.A.
    Attorneys for Plaintiff
    119 Southeast 12th Street
    Fort Lauderdale, Florida 33316
    Telephone:  (954) 462-8808
    E-mail: fmartin@strouplaw.com
    E-mail: jstroup@strouplaw.com

        By: */s/ Farris J. Martin III*
           FARRIS J. MARTIN III
           Florida Bar No. 879916
           JAMES W. STROUP
           Florida Bar No. 842117

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 22nd day of August, 2022.

        By: */s/ Farris J. Martin III*
           FARRIS J. MARTIN III
           Florida Bar No. 879916