# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:22-cv-61548-RKA

BROWARD SHIPYARD, INC.,

    Plaintiff,

v.

M/Y *SMILING DOG*, a 1991 model 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender, *in rem,* and SMILING DOG LTD., a Cayman Islands company, *in personam*,

    Defendants.
_____/

## ORDER DIRECTING THE ISSUANCE OF THE WARRANT OF ARREST *IN REM*

Pursuant to Supplemental Admiralty Rule (C)(3)(a)(i) and Local Admiralty Rule C, the Clerk is directed to issue a warrant of arrest *in rem* in the above-styled action against the *in rem* Defendant, M/Y *Smiling Dog,* a 1991 105-foot Chediek Motor Yacht registered in the Cayman Islands as Official Number 748072*,* its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender.

DONE AND ORDERED at Miami, Florida, this _____ day of August, 2022.

                                                _____
                                                ROY K. ALTMAN
                                                United States District Court Judge

Copy furnished to:

Farris J. Martin III, Esq.
James W. Stroup, Esq.
Stroup & Martin, P.A.
119 S.E. 12th Street
Fort Lauderdale, Florida 33316
fmartin@strouplaw.com
jstroup@strouplaw.com
*Attorneys for Plaintiff, Broward Shipyard, Inc.*