# EXHIBIT "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:22-cv-61548-RKA

BROWARD SHIPYARD, INC.,

    Plaintiff,

v.

M/Y *SMILING DOG*, a 1991 model 105-foot
Chediek motor yacht registered in the
Cayman Islands as Official Number 748072,
its engines, tackle, furniture, furnishings, and
appurtenances, including a 17-foot Boston Whaler
tender, *in rem,* and SMILING DOG LTD.,
a Cayman Islands company, *in personam*,

    Defendants.
_____/

## WARRANT OF ARREST *IN REM*

TO THE UNITED STATES MARSHAL FOR
THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

    The Verified Complaint [ECF No. 1][ in the above styled *in rem* proceeding was filed by Plaintiff, Broward Shipyard, Inc., on August 19, 2022. In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and Southern District of Florida Local Admiralty Rule C, you are directed to arrest the *in rem* Defendant Vessel, M/Y *Smiling Dog,* a 1991 105-foot Chediek Motor Yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances,

including a 17-foot Boston Whaler tender, and detain the Vessel and its tender in your custody pending further Order of the Court. You shall also give notice of the arrest to all persons required by the appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

    ORDERED at Miami, Florida, this _____ day of August, 2022.

                      ANGELA E. NOBLE
                      As Clerk of the Court

                      By:_____
                          As Deputy Clerk

Copy furnished to:

Farris J. Martin III, Esq.
James W. Stroup, Esq.
Stroup & Martin, P.A.
119 S.E. 12th Street
Fort Lauderdale, Florida 33316
fmartin@strouplaw.com
jstroup@strouplaw.com
*Attorneys for Plaintiff, Broward Shipyard, Inc.*