UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:22-cv-61548-RKA

**BROWARD SHIPYARD, INC.,**

*Plaintiff*,

v.

**M/Y *SMILING DOG*, a 1991 model 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender, *in rem*, and SMILING DOG LTD., a Cayman Islands company, *in personam*,**

*Defendants*.
_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

The Plaintiff, Broward Shipyard, Inc., has filed a Motion for Appointment of Substitute Custodian [ECF No. 3] (the "Motion"). Having carefully considered the Motion, the Consent and Indemnification [ECF No. 4], the Declaration of Substitute Custodian [ECF No. 5], and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff, Broward Shipyard, Inc.'s, Motion for Appointment of Substitute Custodian [ECF No. 3] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the United States Marshal for the Southern District of Florida, be and the same is hereby authorized and directed upon his seizure of the *in rem* Defendant, M/Y *Smiling Dog,* a 1991 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender (hereinafter the "Vessel"), pursuant to said Warrant of Arrest *In Rem* and to

surrender possession thereof to the custody of the Substitute Custodian, Broward Shipyard, Inc., by her arrest.  It is further

**ORDERED AND ADJUDGED** that the United States Marshal for the Southern District of Florida shall surrender possession of the Defendant Vessel to the Substitute Custodian named herein, and that upon surrender, the Marshal shall be discharged from his duties and responsibilities for the safekeeping of the Defendant Vessel and be held harmless from any and all claims arising out of the substituted possession and safekeeping.  It is further

**ORDERED AND ADJUDGED** that the Substitute Custodian must sign a receipt for the Vessel and the Marshal must attest to the date and time of the Vessel's release to the Custodian on a United States Marshals' Process Receipt and Return.  It is further

**ORDERED AND ADJUDGED** that Broward Shipyard, Inc. shall be and is hereby appointed the custodian of said Vessel and thereafter to retain the same in its custody for possession and safekeeping for the compensation set forth by the Declaration of Substitute Custodian.  The Substitute Custodian's fees and expenses for keeping and safeguarding the Vessel are deemed administration expenses of *custodia legis* for which the Custodian has a priority claim against the Defendant Vessel or the sales proceeds.  It is further

**ORDERED AND ADJUDGED** that all reasonable expenditures of the United States Marshal for the safekeeping of Defendant Vessel shall be deemed administrative priority expenses of *custodia legis* in this action and a first charge on the Vessel to be paid to the United States Marshal prior to the release of the Defendant Vessel or distribution of the proceeds of a sale and all further constructive costs shall be borne by Plaintiff unless the Plaintiff is awarded expenses and costs against the Defendant Vessel.  It is further

**ORDERED AND ADJUDGED** that all reasonable expenditures which may be incurred by the Substitute Custodian, or by any party advancing funds to the Substitute Custodian, in safekeeping

and maintaining the Vessel while she is in *custodia legis*, shall be administrative priority expenses of *custodia legis* in this action and a first charge on the Defendant Vessel or the sales proceeds, to be paid prior to the release of the Vessel or the distribution of sales proceeds. It is further

**ORDERED AND ADJUDGED** that the premiums charged for the Marshals' liability insurance will be taxed as an expense of custody while the Vessel is in *custodia legis* pursuant to the applicable Local Admiralty Rule.

**DONE AND ORDERED** in the Southern District of Florida, this 11th day of October 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record