UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 0:22-cv-61548-RKA

BROWARD SHIPYARD, INC.,

    Plaintiff,

v.

M/Y *SMILING DOG*, a 1991 model 105-foot
Chediek motor yacht registered in the
Cayman Islands as Official Number 748072,
its engines, tackle, furniture, furnishings, and
appurtenances, including a 17-foot Boston Whaler
tender, *in rem,* and SMILING DOG LTD.,
a Cayman Islands company, *in personam*,

    Defendants.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO DROP WITHOUT PREJUDICE**
***IN PERSONAM* DEFENDANT SMILING DOG LTD.**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff, Broward Shipyard, Inc., moves the Court to enter an Order that drops without prejudice *in personam* Defendant, Smiling Dog Ltd., from this action and shows:

1. On November 4, 2022 the parties filed a Joint Stipulation for Order Granting Judgment Creditors' Motion to Intervene [Doc #10] and Setting Priorities of Claims on Vessel between Plaintiff and Judgment Creditors [Doc. #18].

2. Serving process on the *in personam* Defendant, Smiling Dog Ltd., will take months because it has to go through the Hague Convention.

3. Assuming *arguendo* that Smiling Dog Ltd. waived formal service, it would still be allowed 90 days to file an Answer pursuant to Rule 4(d)(3).

4. The *in rem* Defendant, M/Y *Smiling Dog* ("Vessel"), was arrested on October 25, 2022 and is now within the Court's jurisdiction. [Doc. #12]. Given the daily rate of *custodia legis* expenses, Broward Shipyard does not want to delay the maritime lien foreclosure action.

5. On November 1, 2022, Broward Shipyard sent actual notice of this admiralty action to Defendant, Smiling Dog Ltd. via Federal Express. The notice letter informed Smiling Dog Ltd., that: (a) the U.S. Marshal arrested the Vessel on October 25, 2022; (b) the owner was required to file a Verified Statement of Interest within 14 days of the Vessel's arrest (i.e. by no later than November 8, 2022); and (c) the owner must also file an Answer to the Verified Complaint within 21 days after filing the Verified Statement of Interest. The notice letter included copies of the Verified Complaint, Warrant of Arrest *In Rem*, Consent and Indemnification, Order Appointing Substitute Custodian, Declaration of Substitute Custodian, and USM-285 Process Receipt and Return executed on October 25, 2022. A copy of Stroup & Martin's notice letter to the vessel owner and the owner's agent's signed Fedex receipt is attached hereto as Exhibit "1."

6. On November 4, 2022, the vessel owner's agent, Suvi Hayden of Flagship Offshore, emailed Plaintiff's counsel and acknowledged he received the notice of action letter and lawsuit documents. Mr. Hayden also confirmed that his office was sending the documents to the director of the company. A copy of Suvi

Hayden/Flagship Offshore's November 4, 2022 email is attached hereto as Exhibit "2."

7. Since the Vessel is within the Court's jurisdiction, and given the stipulations made by the Intervenor Judgment Creditors, Plaintiff, Broward Shipyard, wants to drop Defendant, Smiling Dog Ltd., without prejudice from this action.

8. Federal Rule of Civil Procedure 21 is the proper basis for Plaintiff to request the Court to drop without prejudice *in personam* Defendant, Smiling Dog. Ltd, from the suit.  *The Utilities Board of Tuskegee v. 3M Company,* 2022 WL 10711848 (M.D. Ala. October 18, 2022); *see also Corley v. Long-Lewis, Inc.,* 965 F.3d 1222, 1237 (11th Cir. 2020) (W. Pryor, C.J., concurring) (acknowledging the district court's great discretion to employ Rule 21 to drop a party).

9. **CERTIFICATE OF CONFERRAL:**  Plaintiff's counsel discussed the relief described herein with counsel for the Intervenor Judgment Creditors who does not object to the requested relief.

WHEREFORE, Plaintiff, Broward Shipyard, Inc., moves the Court to enter an order dropping without prejudice *in personam* Defendant, Smiling Dog Ltd., from this lawsuit.

DATED:  November 8, 2022.

                Respectfully submitted,

                By: */s/ Farris J. Martin, III*
                    FARRIS J. MARTIN, III
                    Florida Bar No.: 879916

                                        JAMES W. STROUP  
                                        Florida Bar No.: 842117  
                                        STROUP & MARTIN, P.A.  
                                        119 Southeast 12th Street  
                                        Fort Lauderdale, Florida 33316  
                                        Telephone: (954) 462-8808  
                                        Facsimile: (954) 462-0278  
                                        E-mail: fmartin@strouplaw.com  
                                        E-mail: jstroup@strouplaw.com  
                                        *Counsel for Plaintiff, Anna Bartha*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 8th day of November, 2022, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

                                        By: */s/ Farris J. Martin, III*  
                                               FARRIS J. MARTIN, III  
                                               Florida Bar No.: 879916

## **SERVICE LIST**

Kerry Culpepper, Esq.  
Culpepper IP, LLLC  
75-170 Hualalai Road  
Suite B204  
Kailua-Kona, Hawaii 96740  
Telephone: (808) 464-4047  
Email: kculpepper@culpepperip.com

Joel Rothman, Esq.  
Layla Nguyen, Esq.  
SRIPLAW, P.A.  
21301 Powerline Road  
Suite 100  
Boca Raton, Florida 33433  
Telephone: (561) 404-4350  
Email: layla.nguyen@sriplaw.com