# COMPOSITE EXHIBIT "1"

**Stroup &
Martin, P.A.**

ATTORNEYS AT LAW

119 S.E. 12th Street
(Davie Boulevard)
Ft. Lauderdale, FL 33316

James W. Stroup, Esq.*
jstroup@strouplaw.com

Farris J. Martin III, Esq.
fmartin@strouplaw.com

*



CERTIFIED
The Florida Bar
ADMIRALTY & MARITIME
LAW

Voice: (954) 462-8808
Facsimile: (954) 462-0278

November 1, 2022

**VIA FEDEX #7703 6802 2347**

Smiling Dog, Ltd.
2nd Floor, Governors Square
23 Lime Tree Bay Avenue
Grand Cayman KY1-1102
Cayman Islands

Re:   Broward Shipyard, Inc. vs M/Y *SMILING DOG*, a 1991 model 105-foot Chediek motor yacht registered in the Cayman Islands as Official Number 748072, its engines, tackle, furniture, furnishings, and appurtenances, including a 17-foot Boston Whaler tender, *in rem*, and Smiling Dog, Ltd., a Cayman Islands company, *in personam*, Case No. 0:22-cv-61548-RKA, United States District Court, Southern District of Florida.

To Smiling Dog, Ltd.:

    We represent Broward Shipyard, Inc. in the above referenced maritime lien foreclosure action. It is our understanding that Smiling Dog, Ltd. is the legal owner of the M/Y *Smiling Dog* (hereinafter "Vessel"). Broward Shipyard filed a maritime lien foreclosure action against the Vessel in the U.S. District Court for the Southern District of Florida, which is identified as Case Number 0:22-cv-61548-RKA. **The U.S. Marshal arrested the Vessel on October 25, 2022**. The District Court appointed Broward Shipyard to serve as the Vessel's substitute custodian. A copy of the Verified Complaint; Warrant of Arrest, *In Rem;* Consent and Indemnification; Order Appointing Substitute Custodian; Declaration of Substitute Custodian; and the Marshal's Process Receipt and Return are enclosed for your review.

    The Vessel's owner must file a Verified Statement of Interest with the U.S. District Court for the Southern District of Florida, Case Number 0:22-cv-61548-RKA, within 14 days of the Vessel's arrest (i.e. by no later than November 8, 2022). See Supplemental Admiralty Rule C(6)(a)(i)(A). The Vessel's owner must also file an Answer to the Verified Complaint within 21 days after filing the Verified Statement of Interest. See Supplemental Admiralty Rule C(6)(a)(iv).

Smiling Dog, Ltd.
November 1, 2022
Page 2

_____/

      If you do not timely take the necessary action to protect your interest in the Vessel, Broward Shipyard will file for Clerk's entry of default, move for final default judgment, and request the Court to permit Broward Shipyard to credit bid its judgment at the Marshal's sale.

<b><u>PLEASE GOVERN YOURSELF ACCORDINGLY.</u></b>

Sincerely,

*[signature: Farris J. Martin III]*

Farris J. Martin III

FJM/smr
Enclosures:   Verified Complaint with exhibits
               Warrant of Arrest *In Rem*
               Consent and Indemnification
               Order Appointing Substitute Custodian
               Declaration of Substitute Custodian
               USM-285 Process Receipt and Return (executed 10/25/22)



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

(https://www.fedex.com/en-us/home.html)

FedEx® Tracking

**DELIVERED**

# Thursday
11/3/2022 at 3:07 pm

Signed for by: J.JAKE

⬇ Obtain Proof of delivery

**DELIVERY STATUS**

Delivered 

✉ Get Status Updates

**TRACKING ID**

770368022347  ✏ ☆

**FROM**
FORT LAUDERDALE, FL US
*Label Created*
11/1/2022 11:50 AM

**PACKAGE RECEIVED BY FEDEX**
FORT LAUDERDALE, FL
11/1/2022 6:01 PM

**IN TRANSIT**
GEORGE TOWN KY
11/2/2022 6:46 PM

**OUT FOR DELIVERY**
GEORGE TOWN KY
11/3/2022 10:57 AM

**DELIVERED**
GEORGETOWN, KY
*DELIVERED*
11/3/2022 at 3:07 PM

⬇ View travel history

Check For Delivery Options ⌄

Shipment facts ⌄

**FedEx**

November 03, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 770368022347

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | J.JAKE | **Delivery Location:** | LIME TREE BAY AVENUE 23 |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | GEORGETOWN, KY11102 |
| | | **Delivery date:** | Nov 3, 2022 15:07 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 770368022347 | **Ship Date:** | Nov 1, 2022 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
SUVI HAYDEN - FLAGSHIP OFFSHORE, SMILING DOG, LTD.
2ND FLOOR, GOVERNORS SQUARE
23 LIME TREE BAY AVENUE
GEORGETOWN, KY, KY11102

**Shipper:**
FARRIS J. MARTIN, III, STROUP   MARTIN, P.A.
119 SOUTHEAST 12TH STREET
FORT LAUDERDALE, FL, US, 33316



Thank you for choosing FedEx