# EXHIBIT "2"

| | |
|---|---|
| **From:** | Suvi Hayden <suvi.hayden@flagshipoffshore.com> |
| **Sent:** | Friday, November 4, 2022 4:01 PM |
| **To:** | Farris J. Martin |
| **Subject:** | Smiling Dog Ltd. |

Dear Farris,

Flagship Offshore Ltd. in its capacity as registered office is in receipt of letter and enclosed legal documents from yourself related M/Y SMILING DOG.

We will send the documents to the last known address of the director of the company.

We have not been paid annual fees for this year and have lost contact with the client therefore we will be resigning as registered office and local rep person for the vessel. The consequence of resigning is that the company will be struck off from the companies register and the vessel will be struck off from the Shipping Registry. Since this may not be in anyone's interest we can remain as registered office if our fees are paid by party with legitime interest in the vessel.

Best regards

Suvi Hayden


**Suvi Hayden**
**phone:** +1 345 9251712
**www**:flagshipoffshore.com

